IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRIS JENNINGS, on behalf of J.J. | : CIVIL ACTION |
| v. | |
| MICHAEL J. ASTRUE  Acting Commissioner of Social Security | : NO. 06-2583 |

ORDER

ANITA B. BRODY, J.

AND NOW, this 5th day of July, 2007, upon consideration of the Plaintiff's Request for Review and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Claimant's Request for Review is GRANTED IN PART and DENIED IN PART; and

3. The matter shall be remanded for a more thorough review and discussion of the evidence as to whether J.J. meets or equals Listing 112.11

BY THE COURT:

_____
ANITA B. BRODY, J.

Copies via ECF on ___ TO:   Copies via US Mail on ___ TO: